# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

**SHONDA R. WHITE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF LASUNDRA JOSEPHINE WHITE, A MINOR and JASMINE KINDS, DECEASED MINOR,**

    Plaintiffs,

v.                                                                                                     No.

**MEMPHIS POLICE DEPARTMENT, MARTERRION BRISCOE, and XAVIER HUNT,**

    Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant City of Memphis (improperly named as "Memphis Police Department") hereby remove this action from the State of Tennessee Thirtieth Judicial District Shelby County Circuit Court at Memphis to the United States District Court for the Western District of Tennessee at Memphis.

This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims arise out of 42 U.S.C. § 1983.

### Background

1.    Plaintiffs initially commenced this action by filing a Complaint in the State of Tennessee Circuit Court for the Thirtieth Judicial District at Memphis on April 19, 2024, Case No. CT-1610-24, alleging claims under the Tennessee Governmental Tort Liability Act. A copy of the original Complaint is attached hereto as Exhibit A. The original Complaint contained no federal claims and there was no diversity of citizenship amongst the parties.

2. On July 14, 2025, the Circuit Court judge entered an Order granting Plaintiffs' Motion for Leave to File Amended Complaint. That Order is attached hereto as Exhibit B.[1]

3. On July 15, 2025, Plaintiffs filed their First Amended Complaint and served the pleading via e-mail that same day. A copy of the First Amended Complaint and e-mail are attached hereto as Exhibit C. Plaintiffs' First Amended Complaint alleges federal constitutional violations, namely pursuant to 42 U.S.C. § 1983.

## Venue

4. Plaintiffs filed this action in the State of Tennessee Thirtieth Judicial District Shelby County Circuit Court, which is located in the Western District of Tennessee, Memphis Division. Venue is proper in the United States District Court for the Western District of Tennessee, Memphis Division because it encompasses the county in which the state court action is pending.

## Notice to Plaintiffs

5. Concurrently with the filing of this Notice of Removal in this Court, Defendant will serve written notice of removal on Plaintiffs' counsel and file a copy of this Notice of Removal with the Clerk of the State of Tennessee Thirtieth Judicial District Shelby County Circuit Court, as required by 28 U.S.C. § 1446(d).

## Timely Removal

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3) because it is being filed within thirty days of July 15, 2025, the date on which the First Amended Complaint was filed and the date on which it first became ascertainable that the case had become removeable.

---

[1] Previously, this action was consolidated with Symara A.C. Young v. Memphis Police Department et al., No. CT-1449-24, which arose out of the same transaction or occurrence as this action. Contemporaneously with the filing of the Notice of Removal in this action, Defendant is filing a Notice of Removal in the Young matter as well.

**Grounds for Removal**

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims arise out of 42 U.S.C. § 1983. (Am. Compl. ¶¶ 1-2, 45-83.)

WHEREFORE, Defendant City of Memphis removes the above-styled action to this Court.

Respectfully submitted,

**Tannera G. Gibson**
**Chief Legal Officer/City Attorney**

s/Frank B. Thacher, III
Frank B. Thacher, III (TN #23925)
Senior Assistant City Attorney
125 N. Main St., Room 336
Memphis, Tennessee 38103
(901) 636-7408
Frank.Thacher@memphistn.gov

## **CERTIFICATE OF SERVICE**

      I, Frank B. Thacher, III, hereby certify that a copy of the foregoing has been mailed, via US mail, postage prepaid, to the following parties on this the 8th day of August 2025:

      Henry W. Miller, Esq.
      Michael W. Miller, Esq.
      Henry W. Miller, IV, Esq.
      Miller Law Firm
      2400 Poplar Avenue, Suite 418
      Memphis, Tennessee 38112

      Matthew W. Pryor, Esq.
      James S. Sullivan, Esq.
      Alexander Shunnarah Injury Lawyers
      2000 Meridian Boulevard, Suite 225
      Franklin, Tennessee 37067

      Marterrion Briscoe
      3196 Southbridge St.
      Memphis, Tennessee 38118

      Xavier Hunt
      4455 Laird Dr.
      Memphis, Tennessee 38141

<u>s/Frank B. Thacher, III</u>