Case: **2:25−cv−02800**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **8/8/2025**
Description: **White v. City of Memphis, Tennessee et al**

1