IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

---

**SHONDA R. WHITE, INDIVIDUALLY AND AS
MOTHER AND NEXT FRIEND OF
LASUNDRA JOSEPHINE WHITE, A MINOR
and JASMINE KINDS, DECEASED MINOR,**

    Plaintiffs,

v.    No. 2:25-cv-02800

**MEMPHIS POLICE DEPARTMENT,
MARTERRION BRISCOE, and
XAVIER HUNT,**

    Defendants.

---

### DEFENDANT CITY OF MEMPHIS' UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSE TO COMPLAINT WITH INCORPORATED MEMORANDUM

---

COMES NOW Defendant City of Memphis and moves the Court for an extension to respond to the Complaint, stating to the Court as follows:

1. Plaintiffs filed their Amended Complaint in state court on July 15, 2025.

2. Defendant City of Memphis filed its Notice of Removal in this Court on August 8, 2025.

3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's response to the Amended Complaint is due on or about August 15, 2025.

4. The Amended Complaint contains extensive new allegations that require additional time to research and respond to.

5. Defendant is requesting an additional fourteen (14) days, or until August 29, 2025, to respond to the Amended Complaint.

6. Plaintiffs' counsel does not oppose this extension.

WHEREFORE, Defendant City of Memphis respectfully moves this Court for an extension until August 29, 2025 to respond to Plaintiffs' Amended Complaint.

Respectfully submitted,

**Tannera G. Gibson**
**Chief Legal Officer/City Attorney**

s/Frank B. Thacher, III
Frank B. Thacher, III (TN #23925)
Senior Assistant City Attorney
125 N. Main St., Room 336
Memphis, Tennessee 38103
(901) 636-7408
Frank.Thacher@memphistn.gov

**CERTIFICATE OF CONSULTATION**

I, Frank B. Thacher, III, hereby certify that I consulted with Henry Miller, counsel for the Plaintiffs, via e-mail on August 4, 2025 and he stated that he does not oppose the relief sought in the instant motion.

s/Frank B. Thacher, III

## **CERTIFICATE OF SERVICE**

      I, Frank B. Thacher, III, hereby certify that a copy of the foregoing has been mailed, via US mail, postage prepaid, to the following parties on this the 11th day of August 2025:

      Henry W. Miller, Esq.
      Michael W. Miller, Esq.
      Henry W. Miller, IV, Esq.
      Miller Law Firm
      2400 Poplar Avenue, Suite 418
      Memphis, Tennessee 38112

      Matthew W. Pryor, Esq.
      James S. Sullivan, Esq.
      Alexander Shunnarah Injury Lawyers
      2000 Meridian Boulevard, Suite 225
      Franklin, Tennessee 37067

      Marterrion Briscoe
      3196 Southbridge St.
      Memphis, Tennessee 38118

      Xavier Hunt
      4455 Laird Dr.
      Memphis, Tennessee 38141

                                              <u>s/Frank B. Thacher, III</u>