IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHONDA R. WHITE, Individually and as mother and next friend of Lasundra Josephine White, a minor, and Jasmine Kinds, deceased minor, </br></br>  Plaintiff, </br></br> v. </br></br> CITY OF MEMPHIS, TENNESSEE, et al., </br></br>  Defendants. | No. 2:25-cv-02800-TLP-tmp </br></br> JURY DEMAND |

## ORDER OF RECUSAL

The Court hereby recuses itself in the above-captioned matter and respectfully **DIRECTS** the Clerk to reassign this case to another United States District Judge for all further proceedings.

**SO ORDERED** this 24th day of September, 2025.

                                             s/Thomas L. Parker
                                             THOMAS L. PARKER
                                             UNITED STATES DISTRICT JUDGE