Case: **2:25−cv−02800**
Assigned To : **Norris, Mark S.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **9/24/2025**
Description: **White v. City of Memphis, Tennessee et al**