# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| Shonda R. White, Individually and As Mother and Next Friend of Lasundra Josephine White, a Minor and Jasmine Kinds, Deceased Minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:25-cv-02800-MSN-tmp |
| | ) | JURY DEMANDED |
| City of Memphis, Tennessee, Memphis Police Department, Ontarian Malone, Marquavius Williams, Marterrion Brisco and Xavier Hunt, | ) ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants City of Memphis and Memphis Police Department (the "City Defendants"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby respectfully move the Court to extend the deadline for City Defendants to answer or otherwise respond to Plaintiff Shonda R. White's ("Plaintiff") Second Amended Complaint. In support of this Motion, the City Defendants state as follows:

1. On April 18, 2025, Plaintiff filed her original Complaint in the Circuit Court for Shelby County, Tennessee. (ECF No. 1-1, at PageID 5.) Plaintiff subsequently filed a First Amended Complaint in the Circuit Court for Shelby County, Tennessee on July 15, 2025. (ECF No. 1-3, at PageID 22.)

2. On August 8, 2025, the City Defendants removed this action to this Court and subsequently moved to dismiss the Amended Complaint (ECF Nos. 1 and 8.)

1

3. On September 15, 2025, Plaintiff filed the Second Amended, resulting in a deadline for the City Defendants to answer or otherwise respond by September 29, 2025. (ECF No. 9.)

4. The City Defendants recently retained the undersigned as new counsel for this matter. The undersigned counsel for the City Defendants entered notices of appearance on September 24, 2025. (ECF Nos. 10 and 11.)

5. The Court, for good cause shown, can extend the City Defendants' current response deadline. *See* Fed. R. Civ. P. 6(b)(1)(A); *Jarrett v. Toxic Action Wash*, 1996 WL 690160, at *1 (6th Cir. Nov. 27, 1996) (affirming a district court's "broad discretion to enlarge the time for any action," which would include the deadline to file a responsive pleading). The City Defendants submit that good cause exists here because the undersigned counsel was recently retained and require additional time to investigate the Second Amended Complaint's allegations and otherwise ready a response. The City Defendants ask that their response deadlines be extended from September 29, 2025 to October 16, 2025.

6. The Plaintiff does not oppose the requested extension.

For good cause shown, the City Defendants ask that their deadlines to answer or otherwise respond to the Second Amended Complaint be extended from September 25, 2025, to October 16, 2025.

Dated: September 29, 2025

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce A. McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
E-mail: bmcmullen@bakerdonelson.com
E-mail:  jsilk@bakerdonelson.com

*Attorneys for Defendant City of Memphis*

### CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on Wednesday, September 24, 2025, Counsel for the City Defendants, Jennie Silk, consulted via email with counsel for Plaintiff, Henry Miller, regarding the extension requested in this Motion. Counsel for Plaintiff does not oppose the extension requested in this Motion.

*s/ Bruce A. McMullen*
Bruce A. McMullen

### CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, a copy of the foregoing was served upon Plaintiff via the Court's e-filing system and via email.

*s/ Bruce A. McMullen*
Bruce A. McMullen