# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| Shonda R. White, Individually and As Mother and Next Friend of Lasundra Josephine White, a Minor and Jasmine Kinds, Deceased Minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:25-cv-02800-MSN-tmp |
| | ) | JURY DEMANDED |
| City of Memphis, Tennessee, Memphis Police Department, Ontarian Malone, Marquavius Williams, Marterrion Brisco and Xavier Hunt, | ) ) ) ) | |
| Defendants. | ) | |

## THE CITY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants City of Memphis and Memphis Police Department (the "City Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff Shonda R. White's ("Plaintiff") Second Amended Complaint (ECF No. 9) for failure to state a claim upon which relief can be granted. In support of its Motion, the City Defendants rely on the accompanying Memorandum in Support.

Dated: October 16, 2025

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce A. McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Telephone (901) 526-2000
E-mail: bmcmullen@bakerdonelson.com
E-mail: jsilk@bakerdonelson.com

*Attorneys for Defendant City of Memphis*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, a copy of the foregoing was served upon Plaintiff via the Court's e-filing system and via email.

*s/ Bruce A. McMullen*
Bruce A. McMullen

4906-9639-1283