IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

SHONDA R. WHITE, INDIVIDUALLY AND AS
MOTHER AND NEXT FRIEND OF
LASUNDRA JOSEPHINE WHITE, A MINOR
And JASMINE KINDS, DECEASED MINOR,

    Plaintiffs

vs.                              Civil Action No: 2:25-cv-02800-MSN-tmp
                                        JURY DEMANDED

CITY OF MEMPHIS, TENNESSEE,
MEMPHIS POLICE DEPARTMENT,
ONTARIAN MALONE,
MARAQUAVIUS WILLILAMS,
MATERRION BRISCO, and
XAVIER HUNT,

    Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**
_____

      Plaintiffs, Shonda R. White, Lasundra Josephine White and Jasmine Kinds, through their undersigned counsel, hereby respectfully move the Court to extend the deadline for Plaintiffs to answer or otherwise respond to City of Memphis and Memphis Police Department (the "City Defendants") Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 19). In support of this Motion the Plaintiffs state as follows:

1

1. On April 18, 2025, Plaintiffs filed their original Complaint in the Circuit Court for Shelby County, Tennessee (ECF No. 1-1, at Page ID 5) Plaintiffs subsequently filed a first Amended Complaint in the Circuit Court of Shelby County, Tennessee on July 15, 2025 (ECF No. 13 at Page ID 22.)

2. On August 8, 2025, the City Defendants removed this section to this Court and subsequently moved to dismiss the Amended Complaint (ECF No. 1 and 8.)

3. On September 15, 2025, Plaintiffs filed the Second Amended Compliant, resulting in a deadline for the City Defendants to answer or otherwise respond by September 29, 2025. (ECF No. 9.)

4. On October 16, 2025, the City Defendants moved to dismiss the Second Amended Complaint.

5. The Court, for good cause shown, can extend the Plaintiffs' current response deadline. *See Jarrett v s. Toxic Action Wash,* 1996 WL 690160, at #1 (6th Cir. Nov. 27, 1996) (affirming a district court's "broad discretion to enlarge the time for any action," which would include the deadline to file a responsive pleading). The Plaintiffs submit that good cause exists here in that the Plaintiffs' request is being made before the original time allowed to respond has not passed. In addition, Plaintiffs' counsel requires additional time to investigate the City Defendants' allegations contained in their motion and otherwise ready a response.

6. Plaintiffs have contacted counsel for the City Defendants, who inform Plaintiffs that they do not oppose Plaintiffs' request for extension.

7. Plaintiffs respectfully submit that the foregoing constitutes good cause for the extension Plaintiffs seek.

WHEREFORE, Plaintiffs ask that their deadlines to answer or otherwise respond to City Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint be extended from November 13, 2025, to December 1, 2025.

Dated: November 4, 2025.

        Respectfully submitted,

        MILLER LAW FIRM

        /s/ *Henry W. Miller, III*
        Henry W. Miller, III    #016817
        Michael W. Miller,  #11612
        Henry W. Miller, IV    #036533
        2400 Poplar Avenue, Suite 418
        Memphis, TN 38112
        901-327-3434   (Office)
        mlfhenry@bellsouth.net
        mlfmichael@bellsouth.net
        mlfhenryjr@gmail.com

        *Attorneys for Plaintiffs*

**CERTIFICATE OF CONSULTATION**

      Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on October 31, 2025, Counsel for the Plaintiffs consulted via email with counsel for City Defendants, Bruce A. McMullen, regarding the extension requested in this Motion.  Counsel for City Defendants does not oppose the extension requested in this Motion.

                                            /s/ Henry W. Miller, III
                                            HENRY W. MILLER, III  #016817

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT ON November 4, 2025, a copy of the foregoing was served upon City Defendants via the Court's e-filing system and via email.

                                  /s/ Henry W. Miller, III
                                  HENRY W. MILLER, III #016817

Matthew W. Pryor, Esquire
James S. Sullivan, Esquire
Alexander Shunnarah Injury Lawyers
2000 Meridian Boulevard, Suite 225
Franklin, TN 37067

Ontarian Malone
4928 Woodberry Cove
Memphis, TN 38141

Marquavirus Williams
6375 Arbor Creek Trail, #102
Memphis, TN 38115

Materrion Briscoe
3196 Southbridge St.
Memphis, TN 38118

Xavier Hunt
4455 Laird Dr.
Memphis, TN 38141

                                  */s/ Henry W. Miller, III*
                                  Henry W. Miller, III #016817