*Revised September 2025*

United States District Court for Western District of Tennessee
# MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
|---|
| Shonda R. White, in her representative and individual capacities |
| Defendant    City of Memphis, et al. |

| Case Number<br>2:25-cv-02800 | Judge Mark S. Norris |
|---|---|

I, Joshua M. Levin_____hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Shonda R. White_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Please see the attached page | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Levin | Joshua M. | 6320993 |

| Applicant's Firm Name | Romanucci & Blandin, LLC |
|---|---|

| Applicant's Address | 321 N. Clark Street | Room/Suite Number |
|---|---|---|
| | | 900 |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60654 |

Applicant's Email Address
jlevin@rblaw.net

Applicant's Phone Number(s)
(312) 458-1000

| Residence Address/P.O. Box | Apt |
|---|---|
| 925 W. Winona Street | Unit 3 |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60640 |

Certificate of Consultation

Mr. Levin emailed the attorneys for all Defendants on November 24, 2025, and opposing counsel stated they oppose this motion.
The matter is addressed further in the attached Memorandum.

| Date | Electronic Signature of Applicant |
|---|---|
| 11/26/2025 | s/ Joshua M. Levin |

# JOSHUA LEVIN COURT ADMITTANCE

State of Illinois – 5/13/2016

US Court of Appeals for the Seventh Circuit – 9/21/2020

US Court of Appeals for the Sixth Circuit – 11/24/2025

US District Court for the Northern District of Illinois – 12/18/2017

US District Court for the District of North Dakota – 9/9/2024



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
11/24/2025

Re: Joshua Mitchell Levin
Attorney No. 6320993

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Joshua Mitchell Levin was admitted to practice law in Illinois on 5/13/2016; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Joshua Mitchell Levin

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Joshua Mitchell Levin was duly admitted to practice in said Court on (12/18/2017) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/25/2025 )

Thomas G. Bruton , Clerk,

By: Michael Navarro
Deputy Clerk