# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| SHONDA R. WHITE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25-cv-2800-MSN-TMP |
| | ) | |
| v. | ) | Judge Mark S. Norris |
| | ) | |
| CITY OF MEMPHIS et al., | ) | Magistrate Judge Tu M. Pham |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR LEAVE FOR NEWLY RETAINED COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.4(d), Plaintiff Shonda White, through her undersigned counsel, submits this memorandum in support of her motions respectfully requesting that the Court grant her newly retained counsel, Joshua Levin and Stephen Weil, leave to appear and represent her before the Court in this action *pro hac vice*. In support of her motions, Plaintiff states as follows.

Plaintiff has chosen to retain additional counsel for this matter who specialize in civil rights litigation. Plaintiff's chosen counsel are attorneys Joshua Levin and Stephen Weil with the law firm Romanucci & Blandin LLC. Mr. Levin and Mr. Weil satisfy all of Local Rule 83.4(d)'s requirements for *pro hac vice* admission to this Court, as demonstrated in their *pro hac vice* applications. Mr. Levin and Mr. Weil are licensed to practice law in Illinois and are in good standing before the Illinois Supreme Court and the U.S. District Court for the Northern District of Illinois. This Court has previously granted *pro hac vice* admission to Mr. Levin and Mr. Weil in a separate civil rights case, *Wells v. City of Memphis et al.*, No. 2:23-cv-02224, currently pending before this Court.

In compliance with Local Rule 7.2, Mr. Levin e-mailed counsel for the City of Memphis on November 24, 2025 seeking the City's position on the requested *pro hac vice* admission. On

November 25, the City responded via email, stating that it objected to both admissions, and stating its reasons. That email is attached as **Exhibit A**. The City makes a number of accusations against Mr. Levin and Mr. Weil, including that they have requested *pro hac vice* admission in this case as "a ruse" to "improperly expand" discovery in the *Wells* case. *See* Ex. A at 1.

Plaintiff is unaware of anything in the record of this case or the *Wells* case that would substantiate the City's accusations. She can say, however, that she has retained Mr. Levin and Mr. Weil to represent her in this case, and not for any purpose related to any other case. To the extent the Court desires more information, Plaintiff respectfully requests that the Court give Mr. Levin and Mr. Weil an opportunity to be heard on the matter.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting the motions for Mr. Levin and Mr. Weil to appear *pro hac vice*.

| | |
|---|---|
| Date: November 28, 2025 | Respectfully submitted, |
| | */s/ Joshua M. Levin* <br> Joshua M. Levin* (Ill. Bar No. 6320993) |
| | */s/ Stephen H. Weil* [with consent] <br> Stephen H. Weil* (Ill. Bar No. 6291026) |
| Henry W. Miller, III <br> Michael W. Miller <br> Henry W. Miller, IV <br> MILLER LAW FIRM <br> 2400 Poplar Avenue, Suite 418 <br> Memphis, TN 38112 <br> 901-327-3434 <br> mlfhenry@bellsouth.net <br> mlfmichael@bellsouth.net <br> mlfhenryjr@gmail.com | ROMANUCCI & BLANDIN, LLC <br> 321 N. Clark St., Ste. 900 <br> Chicago, IL 60654 <br> (312) 458-1000 <br> jlevin@rblaw.net <br> sweil@rblaw.net <br><br> * *Pro hac vice* admission pending |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2, I, Joshua Levin, certify that on November 24, 2025, I consulted with counsel for the City of Memphis via e-mail regarding my and Mr. Weil's request to be admitted *pro hac vice*. The City, through its counsel Bruce McMullen, stated that it objects.

*/s/ Joshua M. Levin*
*Counsel for Plaintiff*