# EXHIBIT A

| | |
|---|---|
| **From:** | McMullen, Bruce <bmcmullen@bakerdonelson.com> |
| **Sent:** | Tuesday, November 25, 2025 2:03 PM |
| **To:** | Joshua Levin; Silk, Jennie; Frank.Thacher@memphistn.gov |
| **Cc:** | Antonio Romanucci; Stephen Weil; Colton Johnson Taylor; Devon Kelly; Dana Kondos; Henry Miller; mlfwarren@bellsouth.net; Michael Miller |
| **Subject:** | RE: White v. City of Memphis (25-cv-02800) - PHV Motions |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Counsel,

We oppose these motions for pro hac vice. In the **Wells v. City of Memphis** case, you have routinely violated the local rules through improperly sealing filings, improperly possessing and handling sealed documents, publishing knowingly false information with regard to the City's insurance coverage (the only reason you avoided sanctions, according to the Court, is that you took the misinformation down quickly, *see* ECF No. 463), and attempting to contact the court ex parte.

Mr. Miller is more than competent to pursue these claims on behalf of his client. This appears to be a ruse in that the only conceivable reason you are seeking to pro hac in the **White** case now is to get around the written discovery deadline in the **Wells** case and to improperly expand the number of depositions you can take of the city related to the **Wells** case. This appears to be a work-a-round in case you lose your motion to increase the number of depositions in the **Wells** case (ECF 499).

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

> **From:** Joshua Levin <JLevin@rblaw.net>
> **Sent:** Monday, November 24, 2025 10:18 PM
> **To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Frank.Thacher@memphistn.gov
> **Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Henry Miller <mlfhenryjr@gmail.com>; mlfwarren@bellsouth.net; Michael Miller <mlfmichael@bellsouth.net>
> **Subject:** White v. City of Memphis (25-cv-02800) - PHV Motions
>
> Bruce and Jennie,
>
> Tony, Steve, Colton, and I will be filing motions to appear pro hac vice in the matter of *White v. City of Memphis* (25-cv-02800). Please let us know by tomorrow if you have any objection.
>
> Thank you,
> Josh

**Joshua M. Levin**
Senior Attorney



**www.rblaw.net**

e: jlevin@rblaw.net
p: (312) 253-8623
f: (312) 458-1004
a: 321 N Clark St, Ste 900, Chicago, IL 60654

   

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.