United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

## Case Title

| | |
|---|---|
| Plaintiff<br>Shonda R. White, in her representative and individual capacities | |
| Defendant City of Memphis, et al. | |
| Case Number<br>2:25-cv-02800 | Judge<br>Judge Mark S. Norris |

I, Stephen H. Weil _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Shonda R. White _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Please see the attached page | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Weil | Stephen H. | 6291026 |

| Applicant's Firm Name |
|---|
| Romanucci |

| Applicant's Address | Room/Suite Number |
|---|---|
| Romanucci & Blandin, LLC | 900 |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60654 |

| Applicant's Email Address |
|---|
| sweil@rblaw.net |

| Applicant's Phone Number(s) |
|---|
| (312) 458-1000 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 9947 S Prospect Avenue | |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60643 |

Certificate of Consultation

Mr. Weil's co-counsel Joshua Levin emailed the attorneys for all Defendants on November 24, 2025, and opposing counsel stated they oppose this motion.
The matter is addressed further in Plaintiff's Memorandum In Support (ECF 22-1).

| Date | Electronic Signature of Applicant |
|---|---|
| 11/26/2025 | S/    Stephen H. Weil |

**ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION**

United States District Court of Illinois Northern District Court | November 15, 2011

United States District Court of Illinois Central District Court | May 26, 2017

United States District Court of Illinois Southern District Court | September 5, 2018

United States District Court of Wisconsin Western District | January 26, 2023

United States Circuit Court of Appeals for the Sixth Circuit |March 15, 2012

United States Circuit Court of Appeals for the Seventh Circuit | July 9, 2021

State of Illinois | November 30, 2006



**Attorney Registration and Disciplinary Commission**
**of the**
**Supreme Court of Illinois**
**www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
11/25/2025

Re: Stephen Heschel Weil
Attorney No. 6291026

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Stephen Heschel Weil was admitted to practice law in Illinois on 11/30/2006; is currently registered on the master roll of attorneys entitled to practice law in this state, has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____

Andrew Oliva
Registrar

# CERTIFICATE OF GOOD STANDING



*United States of America*

                    **}ss.** Stephen H. Weil

*Northern District of Illinois*

      I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

      DO HEREBY CERTIFY That Stephen H. Weil was duly admitted to practice in said Court on (11/15/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/25/2025 )

                    Thomas G. Bruton , Clerk,

                    By:
                        Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ E. CALASANZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 25, 2025