**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

SHONDA R. WHITE, *Individually*
*and as mother and next friend of*
*Lasundra Josephine White, a minor,*
*and Jasmine Kinds, deceased minor,*

    Plaintiff,

v.                                                    Case No. 2:25-cv-02800-MSN-tmp
                                                          JURY DEMAND

CITY OF MEMPHIS, TENNESSEE, et al.,

    Defendants.

---

## ORDER TRANSFERRING CASE
---

Pursuant to the Order Granting Joint Motion to Consolidate in *Symara A.C. Young v. City of Memphis, et al.*, No. 2:25-cv-2799-SHL-atc (W.D. Tenn. Dec. 2, 2025), ECF No. 38, this case has been consolidated with *Symara A.C. Young*. (*Id.*) Accordingly, the undersigned Court hereby **DIRECTS** the Clerk to reassign this case to Chief United States District Judge Sheryl H. Lipman.

**IT IS SO ORDERED**, this 2nd day of December, 2025.

                                                       *s/ Mark S. Norris*
                                                       MARK S. NORRIS
                                                       UNITED STATES DISTRICT JUDGE