IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHONDA R. WHITE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF LASUNDRA JOSEPHINE WHITE, A MINOR and JASMINE KINDS, DECEASED MINOR, | * * * * * |
| Plaintiffs, | * * |
| vs. | * No. 2:25-cv-02800-MSN-TMP * |
| CITY OF MEMPHIS, TENNESSEE, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, MARTERRION BRISCOE, and XAVIER HUNT, | * * * * * * |
| Defendants. | * |

## NOTICE OF APPEARANCE

COMES NOW David L. Mendelson and Mendelson Law Firm, and hereby gives notice of his appearance as counsel of record in this matter on behalf of the Plaintiffs, Shonda R. White, individually and as mother and next friend of Lasundra Josephine White, a minor and Jasmine Kinds, deceased minor.

Respectfully submitted,

/s/ David L. Mendelson
David L. Mendelson (TN#016812)
Attorney for Plaintiffs
P. O. Box 17235
799 Estate Place
Memphis, Tennessee  38187-0235
(901) 763-2500
dm@mendelsonfirm.com

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing was served upon all registered parties in this case via the Court's ECF System this 11th day of December, 2025.

/s/ David L. Mendelson
David L. Mendelson