IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SYMARA A.C. YOUNG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CITY OF MEMPHIS, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, and MARTERRION BRISCO, | ) ) ) ) ) | |
| Defendants. | ) ) ) | No. 2:25-cv-2799-SHL-atc |
| | ) | No. 2:25-cv-2800-SHL-atc |
| SHONDA R. WHITE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF LASUNDRA JOSEPHINE WHITE, A MINOR, and JASMINE KINDS, DECEASED MINOR, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF MEMPHIS, TENNESSEE, MEMPHIS POLICE DEPARTMENT, ONTARIAN MALONE, MARQUAVIUS WILLIAMS, MARTERRION BRISCO, and XAVIER HUNT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF SYMARA A.C. YOUNG'S MOTION FOR LEAVE TO FILE REPLY IN RESPONSE TO DEFENDANT CITY OF MEMPHIS'S RESPONSES IN OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND COMPREHENSIVE AMENDED COMPLAINT**

Before the Court is Plaintiff Symara A.C. Young's Motion for Leave to File Reply in

Response to Defendant City of Memphis's Responses in Opposition to Motion for Leave to File

Second Comprehensive Amended Complaint, filed December 11, 2025. (ECF No. 54.) Young

filed a nearly identical motion on December 10, 2025 (ECF No. 50), which the Court denied without prejudice based on her failure to consult with opposing counsel as required by Local Rule 7.2(a)(1)(B) (ECF No. 51).  Before filing this Motion, Young consulted with counsel for Defendant City of Memphis, who informed her that, "while Defendant disagrees with everything in the proposed pleading, Defendant City of Memphis will not oppose the motion seeking leave to reply."  (ECF No. 54 at PageID 400.)

For good cause shown, and because it is unopposed, the Motion is **GRANTED**.  Young shall file the reply brief at ECF No. 54-1 separately on the docket within three days of the entry of this Order.

**IT IS SO ORDERED,** this 11th day of December, 2025.

                                          s/ Sheryl H. Lipman
                                          SHERYL H. LIPMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE